IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

    Plaintiff,

  v.

CHAMPS SPORTS, FOOTLOCKER RETAIL, INC., EMPORIUM MALL, LLC, and WESTFIELD CORPORATION,

    Defendants.

No. C 07-01509 WHA

**ORDER RE NOTICE OF NEED FOR MEDIATION**

Parties have not complied with the scheduling order for cases under the Americans with Disabilities Act (Doc. No. 2). Pursuant to General Order No. 56, parties must file a notice of need for mediation no later than **TUESDAY, AUGUST 28, 2007**. If such notice is not filed by the deadline, the Court will set a case management conference at which further deadlines will be set.

**IT IS SO ORDERED.**

Dated: August 17, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE