KEVIN M. SMITH (admitted *pro hac vice*)
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

Attorneys for Defendants
CHAMPS SPORTS, FOOT LOCKER RETAIL, INC.,
EMPORIUM MALL LLC, AND WESTFIELD CORPORATION.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BERNE,

            Plaintiff,

v.

CHAMPS SPORTS, ET AL.,

            Defendants.

Case No. C07-01509 WHA

[~~PROPOSED~~] ORDER REGARDING ATTENDANCE AT MEDIATION

The Court has received from the defendants a letter request, pursuant to ADR L.R. 6-9(d), asking the Court to excuse Westfield Corporation and Emporium Mall LLC from attending the mediation of this matter. For the reasons stated in the defendants' request and after reviewing all pertinent submissions, the Court hereby GRANTS the defendants' request.

IT IS HEREBY ORDERED THAT:

Defendants Westfield Corporation and Emporium Mall LLC need not be physically present for the mediation of this matter, which is currently scheduled to be held in San Francisco on Tuesday, October 23, 2007, *but client representatives with full authority must be available by phone throughout the mediation.*

Dated: 10-12-07

*Wayne D. Brazil*
HONORABLE WAYNE D. BRAZIL

[PROPOSED] ORDER REGARDING ATTENDANCE AT MEDIATION